**KURT M. ALTMAN, P.L.C**.
Kurt M. Altman (015603)
Ashley Fitzwilliams (035555)
12621 N. Tatum Blvd., #102
Phoenix, AZ 85032
Admin@altmanaz.com
Phone: (602) 689-5100
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-24-00394-PHX-SPL (DMF) |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE ARRAIGMENT, DETENTION HEARING AND STATUS HEARING RE: PRELIMINARY HEARING** |
| Peter Biar Ajak, | |
| Defendant. | |

Peter Biar Ajak, by and through undersigned counsel, moves to continue the Arraignment, Detention Hearing and Status Hearing RE: Preliminary Hearing currently set for March 8, 2024, at 10:30 a.m. for a period of at least one week but not more than two weeks as the Court's schedule allows. This continuance is necessary so that undersigned counsel can obtain documentary information that is relevant and important to Mr. Ajak's detention status. In addition, counsel requires the additional time to appropriately advise Mr. Ajak on the current circumstances relating to his detention status.

The Assistant United States Attorneys assigned to this matter, David Pimsner, Amy Chang and Raymond Woo, have been contacted regarding this motion and they have no objection to the motion and relief requested.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from and order based thereon.

RESPECTFULLY SUBMITTED this 7th day of March 2024.

**KURT M. ALTMAN, P.L.C.**

*/s/ Kurt M. Altman*
Kurt M. Altman
Ashley Fitzwilliams
*Attorneys for Defendant*

I hereby certify that on the 7th day of March 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Steven P. Logan
United States District Court Judge
logan_chambers@azd.uscourts.gov

David Pimsner
Assistant United States Attorney
David.Pimsner@usdoj.gov

Amy Chang
Assistant United States Attorney
Amy.Chang@usdoj.gov

Raymond Woo
Assistant United States Attorney
Raymond.Woo@usdoj.gov


By: */s/ Kurt M. Altman*