TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AMY C. CHANG
Arizona State Bar No. 027566
RAYMOND K. WOO
Arizona State Bar No. 023050
M. BRIDGET MINDER
Arizona State Bar No. 023356
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: amy.chang@usdoj.gov
Email: raymond.woo@usdoj.gov
Email: bridget.minder@usdoj.gov

JOHN EISENBERG
Assistant Attorney General
National Security Division
LESLIE C. ESBROOK
New York State Bar No. 5406301
District of Columbia Bar No. 1670737
CHRISTOPHER M. COOK
District of Columbia Bar No. 90013354
Trial Attorneys
Counterintelligence and Export Control Section
950 Pennsylvania Ave, NW
Washington, DC 20530
Email: Leslie.Esbrook@usdoj.gov
Email: Christopher.Cook7@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Abraham Chol Keech, and<br>Peter Biar Ajak,<br><br>　　　　　　Defendants. | No. CR-24-00394-PHX-SPL<br><br>**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER PURSUANT TO SECTION 3 OF THE CLASSIFIED INFORMATION PROCEDURES ACT** |

　　　　The United States, with the consent of defendants Abraham Chol Keech and Peter Biar Ajak, by their counsel, hereby moves the Court, pursuant to Section 3 of the Classified

Information Procedures Act, 18 U.S.C. App. III (CIPA); the Revised Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information (hereinafter "Security Procedures," which are reprinted after CIPA § 9); the Federal Rules of Criminal Procedure 16(d) and 57; the general supervisory authority of the Court; and to protect the national security, to enter the attached proposed Protective Order regarding the disclosure and dissemination of classified national security information that will be made available to the defense by the United States. In support of this motion, the United States provides as follows:

      1.     Section 3 of CIPA requires, upon motion of the United States, that the Court "shall issue an order to protect against the disclosure of any classified information disclosed by the United States to any defendant in any criminal case in a district court of the United States."

      2.     Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the Court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief.

      3.     Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of classified documents and information obtained through discovery.

      4.     The defendants and their counsel have reviewed this motion and the proposed Protective Order and have agreed to its terms.

///

///

///

///

For these reasons, the United States respectfully requests that the Court enter the proposed Protective Order Pertaining to Classified Information.

Respectfully submitted this 25th day of June, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Amy Chang*
AMY C. CHANG
RAYMOND K. WOO
M. BRIDGET MINDER
Assistant U.S. Attorneys

LESLIE C. ESBROOK
CHRISTOPHER M. COOK
Trial Attorneys, National Security Division

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, I electronically transmitted the attached document to the clerk's office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case:

Richard C. Bock and Dominic Rizzi, *Attorneys for Abraham Keech*
Kurt Altman, *Attorney for Peter Ajak*

*s/ Alexandria Gaulin*
U.S. Attorney's Office