# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Abraham Chol Keech, et al.,<br><br>        Defendants. | No. CR-24-00394-001-PHX-SPL<br><br>**ORDER** |

There being no objections filed by the parties to nonparty John Doe's proposed redactions to Defendant Ajak's Motion to Dismiss (Docs 139-1, 141),

**IT IS ORDERED** that nonparty John Doe shall file on the public docket the redacted version of Defendant Ajak's Motion to Dismiss.

Dated this 23rd day of July, 2025.

Honorable Steven P. Logan
United States District Judge