**Altman**
LAW & POLICY

**KURT M. ALTMAN, P.L.C**.
Kurt M. Altman (015603)
12621 N. Tatum Blvd., #102
Phoenix, AZ 85032
Admin@altmanaz.com
Phone: (602) 689-5100
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| United States of America, | CR-24-00394-PHX-SPL-2 |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING CURRENTLY SCHEDULED OCTOBER 27, 2025 @ 2:00 P.M.** |
| Peter Biar Ajak, | |
| Defendant. | (First Request) |
| | Assigned to Honorable Steven P. Logan |

Defendant, Peter Biar Ajak, by and through undersigned counsel, Kurt M. Altman, hereby requests this Court enter an order continuing the current sentencing date of October 27, 2025, at 2:00 p.m., for approximately 30 days, to an available date during the month of November 2025.  The reasons for this request are as follows:  First, it is anticipated that several people will be traveling from out of state to attend the hearing on behalf of Defendant and the requested continuance will help ensure that appropriate travel arrangements are made.  Additionally, undersigned counsel requires the additional time to collect mitigation letters and other material from friends, colleagues and family of

Mr. Ajak who are located all over the world. This short delay would give counsel the best opportunity to properly prepared to advocate on behalf of Defendant for a reasonable and appropriate sentence. This request for continuance is essential to completing those tasks.

Finally, undersigned counsel has contacted the assigned prosecutors in this matter, AUSAs Amy Chang, Raymond Woo, and Bridget Minder and they have no objection to the motion or relief requested therein. Additionally, undersigned counsel has contacted the presentence report writer Jonathan Spano, and he too has no objection to the requested continuance.

For the reasons stated herein, undersigned respectfully requests this Court grant Defendant's Motion to Continue Sentencing currently scheduled for October 27, 2025, at 2:00 p.m., for approximately 30 days.

RESPECTFULLY SUBMITTED this 18th day of September 2025.

**KURT M. ALTMAN, P.L.C.**

*/s/ Kurt M. Altman*
Kurt M. Altman
*Attorneys for Defendant*

I hereby certify that on the 18th day of September 2025,

I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Steven P. Logan
United States District Court Judge
logan_chambers@azd.uscourts.gov

Amy Chang
Assistant United States Attorney
Amy.Chang@usdoj.gov

1 Raymond Woo
Assistant United States Attorney
2 Raymond.Woo@usdoj.gov

3 M. Bridget Minder
Assistant United States Attorney
4 Bridget.Minder@usdoj.gov

5 Richard C. Bock
lingemanbock@qwestoffice.net
6
7 Dominic James Rizzi
Rizzilawaz@gmail.com
Attorneys for Defendant Keech
8
9
10 By: */s/ Kurt M. Altman*_____

KURT M. ALTMAN, P.L.C.
12621 N TATUM BLVD., #102
PHOENIX, AZ 85032
(602) 689-5100